James A. Timko (CA Bar No. 220140)
SHUTTS & BROWN LLP
300 South Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: 407.423.3200
Facsimile: 407.425.8316
Email: jtimko@shutts.com

*Counsel for Wyndham*
*Vacation Ownership, Inc. et. al.*

David J. Richardson (CA. Bar No. 168592)
Joseph M. Esmont (OH Bar No. 0084322)
   *Admitted Pro Hac Vice*
Marissa A. Peirsol (OH Bar No. 0098203)
   *Admitted Pro Hac Vice*
BAKER & HOSTETLER LLP
Tranamerica Pyramid
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: drichardson@bakerlaw.com
       jesmont@bakerlaw.com
       mpeirsol@bakerlaw.com

*Counsel for Diamond Resorts U.S.*
*Collection Development LLC*

**FILED & ENTERED**

**MAY 17 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re:

PANDORA SERVICING, LLC,

    Debtor.

Case No.: 8:23-bk-10051-SC

Chapter 11 (Subchapter V)

**ORDER GRANTING JOINT MOTION TO DISMISS CHAPTER 11 CASE FOR CAUSE**

**Date: May 4, 2023**
**Time: 10:00 a.m**
**Place: Courtroom 5C via Zoom/Gov**

On May 4, 2023, the Court held a hearing on the *Joint Motion to Dismiss Chapter 11 Bankruptcy Case for Cause* (Doc. No. 37) (the "Motion") filed by Wyndham Vacation Ownership, Inc., Wyndham Resort Development Corporation, Wyndham Vacation Resorts, Shell Vacations, LLC, SVC-Americana, LLC, and SVC-Hawaii, LLC (collectively, "Wyndham"), and Diamond Resorts U.S. Collection Department, LLC ("Diamond" and together with Wyndham, the "Movants"). Appearances are as noted in the record. Having reviewed the Motion and all responses thereto and the reply in support; having heard the arguments of all parties with respect to the Motion at the May 4, 2023 hearing (the "Hearing"); this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore:

It is **HEREBY ORDERED THAT:**

1. The Requests for Judicial Notice are **GRANTED** in their entirety.

2. The Motion is **GRANTED** in its entirety.

3. For the reasons stated at the hearing on the Motion, the Bankruptcy Case is dismissed for cause pursuant to section 1112(b) of the Bankruptcy Code.

4. For the reasons stated at the hearing on the Motion, the Debtor is prohibited from filing another petition under any chapter of the Bankruptcy Code for one hundred eighty (180) days calculated from the date of the entry of this Order.

5. This Court retains jurisdiction over the Bankruptcy Case to require Debtor's counsel to file a final application for compensation and to apply his retainer, to hear fee applications by the Subchapter V Trustee, and to determine the appropriate source of payment of the Subchapter V Trustee's fees.

6. This Court also retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Date: May 17, 2023

Scott C. Clarkson
United States Bankruptcy Judge